JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KATHIE CUPIT, | Case No.  CV 26-4895-GW-KSx |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| UDR, INC., | |
| Defendant. | |

In light of Plaintiff's Notice of Voluntary Dismissal [15] filed on June 18, 2026, it is hereby ORDERED that this action is dismissed in its entirety.

IT IS SO ORDERED.

Dated: June 23, 2026



_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE